*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 24-BG-0783**

In re SHERRI L. WASHINGTON,

DDN:058-2023

A Suspended Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 975044**

BEFORE: Easterly, McLeese, and Shanker, Associate Judges.

### O R D E R
(FILED—October 31, 2024)

On consideration of the certified order from the Supreme Court of Georgia disbarring respondent from the practice of law; this court's August 28, 2024, order suspending respondent pending disposition of this matter and directing her to show cause why reciprocal discipline should not be imposed; and the statement of Disciplinary Counsel requesting that reinstatement be conditioned upon respondent's reinstatement in Georgia; and it appearing that respondent has not filed a response or her D.C. Bar R. XI, § 14(g) affidavit; and it further appearing that respondent has not opposed Disciplinary Counsel's proposed reinstatement condition, it is

ORDERED that Sherri L. Washington is hereby disbarred from the practice of law in the District of Columbia with reinstatement conditioned upon her reinstatement in Georgia. *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that there is a rebuttable presumption in favor of imposition of identical discipline and exceptions to this presumption should be rare); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (explaining that a rebuttable presumption of identical reciprocal discipline applies unless one of the exceptions is established); *see also In re Gonzalez*, 318 A.3d 1208, 1219 (D.C. 2024) (where respondent acquiesced, imposing requirement of reinstatement in New Jersey in addition to proof of fitness in the District of Columbia). It is

No. 24-BG-0783

FURTHER ORDERED that, for purposes of reinstatement, Ms. Washington's disbarment will not begin to run until such time as she files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14(g).

**PER CURIAM**